UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 17-20268-CR-COOKE

UNITED STATES OF AMERICA,

                Plaintiff,

Vs.

ARARON LASSIN,
Reg. No. 14706-104

                Defendant.
_____/

**ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)**

**THIS MATTER** came before the Court upon Government's Motion For Sentence Reduction Pursuant To Rule 35 of the Federal Rules Of Criminal Procedure (ECF No.39) on the above captioned case in order to reflect defendant's substantial assistance in the prosecution of others. With the Court being fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED as follows:**

1. The sentence in the Judgment in a Criminal Case imposed on November 2, 2017 committing the defendant to the custody of the United States Bureau of Prisons for a term of 37 months is hereby **REDUCED** to **22 months.** This term consists of 13 months as to Count One and 9 months as to Count Four, to be served consecutively, followed by 3 years supervised release.

2. All other remaining conditions in the Judgment in a Criminal Case, imposed on November 2, 2017 shall remain in full force and effect.

**DONE AND ORDERED** at the United States Courthouse in Miami, Florida on August 15, 2018.

                                          _____
                                          MARCIA G. COOKE
                                          United States District Judge